UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:     *    Bankruptcy No: 21-30246-WRS-13
LATOYA EVETTE RICHARDSON,     *    Chapter 13
    *
DEBTOR.

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

TO:    Clerk, U.S. Bankruptcy Court
One Church Street
Montgomery, AL 36104

Sabrina L. McKinney
PO Box 173
Montgomery, AL 36101

Michael Brock
PO Drawer 311167
Enterprise, AL 36331

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Michael A. Harrison, the undersigned hereby enters and gives notice of his appearance as counsel for AF Title Co., dba American Financial, a creditor of the above named Debtor.

All parties are requested to take notice of this appearance and, in accordance with Bankruptcy Rule 2002 and 3017, serve copies of any and all original and amended notices, pleadings, plans, reports and/or documents of any kind filed in this bankruptcy upon the undersigned.

The undersigned respectfully requests, pursuant to Bankruptcy Rule 2002(g), that the following be added to the mailing matrix:

Michael A. Harrison
Key, Greer, Harrison & Casey.
P.O. Box 360345
Birmingham, AL 35236
205-987-2211   (telephone)
205-403-0491   (facsimile)

Respectfully Submitted,

*/s/ Michael A. Harrison*
Michael A. Harrison asb-0580-r77m
Key, Greer, Harrison & Casey
2163 Highway 31 South
Riverchase Office Building
P.O. Box 360345
Birmingham, AL 35236
Telephone: (205) 987-2211
Facsimile: (205) 403-3491
Email: michael@keygreer.com
Attorney for AF Title Co., dba American Financial

## CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the above and foregoing instrument electronically CM/ECF to the following on this the 9th day of March 2021.

Michael Brock
bankruptcy@brockandstoutlaw.com

Sabrina L. McKinney
trustees_office@ch13mdal.com

*/s/ Michael A. Harrison*
Michael A. Harrison