# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

**In re:**                                                   **CASE NO. 21-30246-WRS**
**LATOYA EVETTE RICHARDSON**

    **Debtor(s)**                                                      **CHAPTER 13**

## NOTICE OF CONTINUED 11 U.S.C. § 341 MEETING OF CREDITORS AND CONTINUED CONFIRMATION HEARING

The Debtor(s) Meeting of Creditors has been continued to:

**Date:**       **MAY 10, 2021**
**Time:**       **2:30 PM**
**Location:**   **U. S. Courthouse, Montgomery-https://www.zoomgov.com/j/16191675803**

The time for filing motions objecting to the debtor's discharge under 11 U.S.C. § 1328(a) and (b), and complaints to determine the dischargeability of debts pursuant to 11 U.S.C. § 523(c), is extended to the date which is 60 days after the date set forth above.

The hearing on the confirmation of the plan has been continued to:

**Date:**       **JUNE 10, 2021**
**Time:**       **11:00 AM**
**Location:**   **U. S. Courthouse, Phone Docket, (877) 336-1839, Access Code 9617616**

/s/Christopher L. Stanfield
Bar ID #STA101
Post Office Drawer 311167, Enterprise, Alabama 36331-1167
(334) 393-4357/ (334) 393-0026 FAX/bankruptcy@brockandstoutlaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this day mailed a true and exact copy of the foregoing Notice to the parties listed below and ALL CREDITORS by electronically mailing or by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on April 23, 2021.

Danielle Greco, Bankruptcy Administrator     Sabrina L. McKinney, Chapter 13 Trustee
ba@almb.uscourts.gov                               mckinneys@ch13mdal.org

/s/Christopher L. Stanfield
Bar ID #STA101
Post Office Drawer 311167, Enterprise, Alabama 36331-1167
(334) 393-4357/(334) 393-0026 FAX/bankruptcy@brockandstoutlaw.com